```
                                                           U.S. DISTRICT COURT
                                                           DISTRICT OF VERMONT
                                                                  FILED
               UNITED STATES DISTRICT COURT
                         FOR THE                           2025 OCT 30 PM 3:33
                   DISTRICT OF VERMONT
                                                                  CLERK
UNITED STATES OF AMERICA        )
                                )                          BY_____
            v.                  )    Case No.                  DEPUTY CLERK
                                )              2:25-cr-117-1
MOHAMED MUBARAK,                )
        Defendant.              )
```

## INDICTMENT

The Grand Jury charges:

### Count One

On or about December 2, 2023, in the District of Vermont, defendant MOHAMED MUBARAK knowingly made a false and fictitious written statement on an ATF Form 4473 to a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, in connection with the attempted acquisition of a firearm—specifically, a Canik TP-9SF Elite 9mm pistol—and the false and fictitious statement was intended and likely to deceive the licensed dealer of firearms as to a fact material to the lawfulness of the sale of the firearm to the defendant, in that MOHAMED MUBARAK represented that he was the actual purchaser of the firearm when, in fact, he was purchasing the firearm in the name of someone else, and presented a photographic identification of that other person.

(18 U.S.C. §§ 922(a)(6) and 924(a)(2))

## Count Two

On or about December 8, 2023, in the District of Vermont, defendant MOHAMED MUBARAK knowingly made a false and fictitious written statement on an ATF Form 4473 to a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, in connection with the attempted acquisition of a firearm—specifically, a pink SCCY Industries DVG-1 9mm pistol—and the false and fictitious statement was intended and likely to deceive the licensed dealer of firearms as to a fact material to the lawfulness of the sale of the firearm to the defendant, in that MOHAMED MUBARAK represented that he was the actual purchaser of the firearm when, in fact, he was purchasing the firearm in the name of someone else and presented a photographic identification of that other person.

(18 U.S.C. §§ 922(a)(6) and 924(a)(2))

A TRUE BILL

FOREPERSON

MICHAEL P. DRESCHER (ZBS)
Acting United States Attorney
Burlington, Vermont
October 30, 2025